**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1417**

ERIC M. MCMILLIAN; LINDA C. LIVERMAN,

                Plaintiffs - Appellants,

        v.

CITY OF RALEIGH; RALEIGH POLICE DEPARTMENT,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:11-cv-00067-BO)

Submitted:  July 28, 2011          Decided:  August 1, 2011

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric M. McMillian, Linda C. Liverman, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants Eric M. McMillian and Linda C. Liverman appeal the district court's order dismissing their 42 U.S.C. § 1983 (2006) civil rights action. On appeal, we confine our review to the issues raised in the Appellants' briefs. See 4th Cir. R. 34(b). Because Appellants' informal briefs do not challenge the basis for the district court's disposition, Appellants have forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED